**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re, | Case No. 13-00822-dd |
| Shanni Snyder, | Chapter 7 |
| | **ORDER** |
| Alleged Debtor. | |

This matter is before the Court on a consent motion for extension of time to answer entered by the alleged debtor, Shanni Snyder ("Snyder") on March 25, 2013. Michael Sussman filed this involuntary chapter 7 case on February 11, 2013. Snyder seeks an extension until May 14, 2013, to submit an answer and states that Sussman consents to the requested extension. However, Sussman's signature does not appear on the motion for an extension.

IT IS THEREFORE ORDERED, that Snyder shall have until April 17, 2013 to submit an answer to the involuntary petition. If Snyder does not file an answer, Sussman shall have until April 27, 2013, to file an affidavit of default or other appropriate pleading. If Sussman fails to make such a filing, this involuntary petition shall be dismissed without further notice or hearing.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**04/01/2013**

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 04/02/2013