# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–2 | User: mobley | Date Created: 4/2/2013 |
| Case: 13–00822–dd | Form ID: pdf01 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

ust      US Trustee's Office      USTPRegion04.CO.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

adb      Shanni Snyder      2009 Leuhm Avenue      North Versailles, PA 15137
ptcrd      Michael Sussman      9450 SW Gemini 10287      Beaverton, OR 97008

TOTAL: 2